Prob 22 (Rev. 03/97)

# TRANSFER OF JURISDICTION

| | | | |
|---|---|---|---|
| | | DOCKET NO. (Transferring Court) 0:01CR00077-002(MJD) | |
| | | DOCKET NO. (Receiving Court) 4:05CR50041 TUC RCC/CRP | |
| NAME AND ADDRESS OF<br>Luis Enrique Garibay<br>2203 East Honeysuckle Street<br>Tucson, AR 85706 | DISTRICT<br>MINNESOTA | DIVISION<br>Minneapolis | |
| | NAME OF SENTENCING JUDGE<br>Michael J. Davis | | |
| | DATES OF SUPERVISION | FROM<br>01/15/2004 | TO<br>01/14/2007 |

OFFENSE

Conspiracy to Distribute and Possess with Intent to Distribute 150 Pounds of Marijuana

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MINNESOTA

IT IS HEREBY ORDERED pursuant to 18 U.S.C. §3605 the jurisdiction of the named above be transferred with the records of this Court to the United States District Court for the District of Arizona upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of may be changed by the District Court to which this transfer is made without further inquiry of this Court.

4.25.05
Date

Michael J. Davis
United States District Judge
Michael J. Davis

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA

IT IS HEREBY ORDERED that jurisdiction of the above be accepted and assumed by this Court from and after the entry of this order.

5-14-05
Effective Date

United States District Judge

SCANNED
MAY 31 2005
U.S. DISTRICT COURT ST. PAUL